1  Luis A. Ayon, Esq.
   Nevada Bar No. 9752
2  **AYON LAW, PLLC**
3  8716 Spanish Ridge Avenue, Suite 115
   Las Vegas, NV 89148
4  Telephone: (702) 629-7900
   Facsimile: (702)403-7942
5  Email: laa@ayonlaw.com
   *Attorneys for Defendant Williston Investment Group, a Nevada*
6  *Limited liability company*

7

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10

11  BANK OF NEW YORK, AS TRUSTEE FOR THE        Case No.: 2:18-CV-00161-APG-NJK
    CERTIFICATE HOLDERS CWALT, INC.,
12  ALTERNATIVE LOAN TRUST 2006-OA10            **STIPULATION AND ORDER TO SET**
    MORTGAGE PASS-THROUGH                       **ASIDE DEFAULT AND ANSWER**
13  CERTIFICATES,                               **COMPLAINT**

14               Plaintiff,

15        vs.

16  WILLISTON INVESTMENT GROUP, a Nevada
    limited liability company; THE PARKS
17  HOMEOWNEERS ASSOCIATION, a Nevada
    non-profit corporation,
18
                 Defendants.
19

20          Defendant Williston Investment Group, a Nevada limited liability company ("Defendant"),

21  and Plaintiff Bank of New York, as Trustee for the Certificate holders CWALT, Inc., Alternative

22  Loan Trust 2006-OA10 Mortgage Pass-Through Certificates ("Plaintiff") hereby stipulate to set

23  aside the Default filed on June 1, 2018. Defendant is to file an answer to the Complaint filed

24  January 29th, 2018 in this matter by September, 20th, 2018. Defendant's failure to file an answer

25  by September 20th, 2018 will constitute its consent to entry of another default.

26          Plaintiff's Motion for Default Judgment Against Defendant Williston Investment Group,

27  LLC [ECF No. 22] is withdrawn.

28  ///

Dated this 14th day of September, 2018

**AYON LAW, PLLC**


/s/Luis A. Ayon_____
LUIS A. AYON, ESQ.
Nevada Bar No. 9752
8716 Spanish Ridge Ave., Suite 115
Las Vegas, Nevada 89148
*Attorney for Defendant Williston*
*Investment Group, a Nevada*
*Limited liability company*

Dated this 14th day of September, 2018

**ZIEVE, BRODNAX & STEELE, LLP**


/s/ J. Stephen Dolembo_____
J. STEPHEN DOLEMBO, ESQ.
Nevada Bar No. 9795
SHADD A. WADE, ESQ.
Nevada Bar No. 11310
9435 West Russell Road, Ste 120
Las Vegas, NV 89148
*Attorneys for Plaintiff Bank of New York*
*As Trustee for the Certificate Holders*
*CWALT, INC., Alternative Loan Trust*
*2006-OA10 Mortgage Pass-Through*
*Certificates*

## ORDER

IT IS SO ORDERED that the Default filed on June 1, 2018 is set aside. Defendant shall have until September 20th, 2018 to file an answer to the Complaint. Defendant's failure to file an answer by September 20th, 2018 will constitute its consent to entry of another default. Plaintiff's Motion for Default Judgment Against Defendant Williston Investment Group, LLC [ECF No. 22] is withdrawn.

Dated: September 17, 2018.


_____
UNITED STATES DISTRICT JUDGE


RESPECTFULLY SUBMITTED BY:

**AYON LAW, PLLC**

/s/Luis A. Ayon_____
LUIS A. AYON, ESQ.
Nevada Bar No. 9752
8716 Spanish Ridge Ave., Suite 115
Las Vegas, Nevada 89148
*Attorney for Defendant Williston Investment Group,*
*a Nevada Limited liability company*