LIPSON NEILSON P.C.
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
AMBER M. WILLIAMS, ESQ.
Nevada Bar No. 12301
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
kanderson@lipsonneilson.com
awilliams@lipsonneilson.com

*Attorneys for Defendant,*
*The Parks Homeowners Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA10 MORTGAGE PASS-THROUGH CERTIFICATES<br><br>Plaintiff,<br><br>vs.<br><br>WILLISTON INVESTMENT GROUP LLC, a Nevada limited liability company; THE PARKS HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | CASE NO.: 2:18-cv-00161-APG-NJK<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT THE PARKS HOMEOWNERS ASSOCIATION** |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-OA10 Mortgage Pass-Through Certificates (hereinafter "BNYM") and Defendant The Parks Homeowners Association (hereinafter "The Parks") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

///

///

**Lipson Neilson P.C.**
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 FAX: (702) 382-1512

1. On January 29, 2018, Plaintiff BNYM filed its Complaint in this action naming The Parks and Williston Investment Group, LLC as defendants related to a homeowners association foreclosure sale of real property located at 6770 Cinnabar Coast LN, North Las Vegas, NV 89084; APN 124-22-314-028 (hereinafter "Property").

2. The Parties hereby agree that BNYM's claims against The Parks shall be dismissed with prejudice, and BNYM and The Parks shall each bear its own costs and fees related to this litigation.

3. The Parks asserts that it does not have a current ownership interest in title to the Property.

4. The Parks specifically reserves its ongoing rights under Nevada law, including NRS Chapter 116, and the governing documents, including the Covenants, Conditions and Restrictions ("CC&Rs").

5. This dismissal does not affect any rights, claims or defenses of BNYM or The Parks with respect to any other party related to the foreclosure sale of the Property.

**IT IS SO STIPULATED.**

| Dated this 11th day of October, 2018. | Dated this 11th day of October, 2018. |
|---|---|
| ZIEVE, BRODNAX & STEELE, LLP | LIPSON NEILSON P.C. |
| */s/ J. Stephen Dolembo* | */s/ Amber M. Williams* |
| _____ | _____ |
| J. Stephen Dolembo, Esq.<br>Nevada Bar 9795<br>9435 West Russell Road, #120<br>Las Vegas, NV 89148<br>*Attorneys for Plaintiff, The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-OA10 Mortgage Pass-Through Certificates*<br><br>*(electronic signature affixed with permission)* | KALEB D. ANDERSON, ESQ.<br>Nevada Bar No. 7582<br>AMBER M. WILLIAMS, ESQ.<br>Nevada Bar No. 12301<br>9900 Covington Cross Drive, #120<br>Las Vegas, Nevada 89144<br>*Attorneys for Defendant, The Parks Homeowners Association* |

*The Bank of New York Mellon v. Williston Investment Group, LLC*
*Case No.: 2:18-CV-00161-APG-NJK*

**ORDER**

Based on the foregoing stipulation, and good cause appearing,

**IT IS ORDERED** that Defendant THE PARKS HOMEOWNERS ASSOCIATION is hereby dismissed from this case with prejudice.

**IT IS FURTHER ORDERED** that Defendant THE PARKS HOMEOWNERS ASSOCIATION has no present ownership interest in title to the Property.

**IT IS FURTHER ORDERED** that each party shall bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** that this dismissal does not affect any rights, claims or defenses of Plaintiff BNYM or THE PARKS HOMEOWNERS ASSOCIATION with respect to any other party related to the foreclosure sale of the Property.

**IT IS SO ORDERED.**

Dated: __October 11, 2018__

_____
UNITED STATES DISTRICT JUDGE

Submitted By:

LIPSON NEILSON P.C.

*/s/ Amber M. Williams*
_____
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
AMBER M. WILLIAMS, ESQ.
Nevada Bar No. 12301
9900 Covington Cross Drive, #120
Las Vegas, Nevada 89144

*Attorneys for Defendant,*
*The Parks Homeowners Association*