# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA10 MORTGAGE PASS-THROUGH CERTIFICATES,<br><br>Plaintiff,<br><br>v.<br><br>WILLISTON INVESTMENT GROUP, a Nevada limited liability company; THE PARKS HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation;<br><br>Defendants. | Case No.: 2:18-CV-00161-APG-NJK<br><br>**ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL**<br><br>[Docket No. 46] |

Defendant Williston Investment Group, LLC. hereby substitutes and appoints the Law Office of Steven H. Burke, LLC, 9205 W. Russell Rd., Ste. 240, Las Vegas, Nevada 89148, (702) 793-4369, as its counsel in the place and stead of LUIS A. AYON, ESQ., of the law firm of AYON LAW, PLLC.

DATED this 5th day of March, 2021.

LAW OFFICE OF STEVEN H. BURKE

By:   /s/ Steven H. Burke
STEVEN H. BURKE, ESQ.
Nevada Bar No.: 14037
9205 W. Russell Rd., Ste. 240
Las Vegas, Nevada 89148
*Attorney for Defendant*

Defendant Williston Investment Group, LLC, hereby consents to the aforementioned substitution of counsel in the above-captioned matter.

DATED this 5th day of March, 2021.

*[signature]*
Williston Investment Group, LLC

By: *Mike Short*

Its: *Managing member*

The law firm of AYON LAW, PLLC, hereby consents to the aforementioned substitution of counsel of record in the above-entitled action.

DATED this 5th day of March, 2021.

AYON LAW, PLLC

By:  /s/ Luis A. Ayon
Luis A. Ayon, Esq.
Nevada Bar No. 9752
8716 Spanish Ridge Avenue, Suite 115
Las Vegas, Nevada 89148

IT IS SO ORDERED.

Dated: March 8, 2021

*[signature]*
UNITED STATES MAGISTRATE JUDGE